# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELENA MERCADO,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 8:18-cv-00764-MWF-MAA<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Joint Submission, and all other records on file, as well as the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the United States Magistrate Judge.

///
///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered reversing the final decision of the Acting Commissioner and remanding this matter for further administrative proceedings.

DATED: July 30, 2019

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE